JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARTIN WEISS,<br><br>  Plaintiff,<br><br>v.<br><br>CITY OF CLAREMONT, an incorporated California Municipality; and DOES 1 to 10, inclusive,<br><br>  Defendants. | Case No. CV 17-5713-GW(AGRx)<br>Judge: Hon. George Wu<br><br>**ORDER ON STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>[Fed. R. Civ. P. 41]<br><br>Complaint filed: August 2, 2017 |

15341.00275\30515844.1

Case No. 2:17-cv-05713-GW (AGRx)
[PROPOSED] ORDER

| | |
|---|---|
| 1 | **ORDER** |
| 2 | GOOD CAUSE HAVING BEEN SHOWN, it is hereby ordered that: |
| 3 | 1. The complaint filed in the above-captioned action be dismissed in its |
| 4 | entirety and with prejudice. |
| 5 | 2. Defendant shall issue a check payable to "The Family Safety |
| 6 | Foundation" in the amount of Seven Thousand Five Hundred Dollars ($7,500.00) |
| 7 | and send it, via Federal Express or other overnight delivery method, to Plaintiff's |
| 8 | counsel of record within fifteen (15) days following the dismissal of this action. |
| 9 | The parties waive and release any other alleged damages or fees based on the facts |
| 10 | alleged in the complaint filed in this action. |
| 11 | **IT IS SO ORDERED.** |
| 12 | Dated: February 2, 2018 |

_____
HON. GEORGE H. WU,
UNITED STATES DISTRICT JUDGE